UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEGHAN QUINTANILLA

        Plaintiff(s),                                  No. 13-02249 MEJ (EDL)

   v.                                         ORDER EXCUSING ATTENDANCE
                                                    AT SETTLEMENT CONFERENCE

USA

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 30, 2013, Defendant's agency representative, Erica Gibson, requested to be excused from personally appearing at the settlement conference scheduled for February 19, 2014. Defendant represented that Plaintiff's counsel does not oppose this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Ms. Gibson be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on February 19, 2014.

If the Court concludes that the absence of Ms. Gibson is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Ms. Gibson.

SO ORDERED.

Dated: October 31, 2013

                                                        _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Chief Magistrate Judge